```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
F.F.T., LLC,                                                        :
                                                                    :
                                                                    :
                                              Petitioner,           :       1:20-mc-00331-GHW
                                                                    :
                -against-                                           :             ORDER
                                                                    :
THE NEW YORK FOUNDLING HOSPITAL                                     :
IMPLEMENTATION SUPPORT CENTER,                                      :
                                                                    :
                                             Respondent.            :
                                                                    :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/24/20

GREGORY H. WOODS, District Judge:

On September 22, 2020, Petitioner moved this Court for entry of an order pursuant to Federal Rule of Civil Procedure 45 to compel Respondent to respond to a subpoena. Without taking a position on the merits of the issue, the Court observes that the proper procedural vehicle for requests of this type is an order to show cause why the requested relief should not be granted.

Accordingly, the Court expects that Petitioner will submit an order to show cause why the requested relief should not be granted no later than October 5, 2020. Petitioner is directed to review and comply with the procedures described in the Court's Individual Rules of Practice in Civil Cases and the Court's Emergency Individual Rules and Practices in Light of COVID-19.

Petitioner is directed to serve this order on Respondent, and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1.

SO ORDERED.

Dated: September 23, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge